IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHASHAY MORGAN, ET AL.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | No. 18-cv-0800 |
| **RCL MGMT., LLC, ET AL.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this 23rd day of June, 2020, following an unopposed entry of default judgment in favor of Plaintiffs (ECF No. 30), and upon consideration of the parties' opposing briefs on damages (ECF Nos. 31, 34), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs are entitled to damages, fees, and costs as follows:

1. Plaintiff Shashay Morgan is awarded $20,300.00 in unpaid wages; $3,806.25 in overtime wages; and $24,106.25 in liquidated damages. Cumulatively, Plaintiff Morgan is awarded $48,212.50.

2. Plaintiff Imal Ibrahim is awarded $11,600.00 in unpaid wages; $2,175.00 in overtime wages; and $13,775.00 in liquidated damages. Cumulatively, Plaintiff Ibrahim is awarded $27,550.00.

3. Plaintiff William Thomas Veasy is awarded $16,240.00 in unpaid wages; $3,045.00 in overtime wages; and $19,285 in liquidated damages. Cumulatively, Plaintiff Ibrahim is awarded $38,570.00.

4. Plaintiffs are also awarded attorneys' fees and costs for a total of $20,765.73.

The Clerk of Court is directed to mark this action as **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**